IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-143-KDB-DCK

| | |
|---|---|
| VITALITY ANTI-AGING CENTER AND MED SPA, PLLC, ) ) ) **Plaintiff,** ) ) v. ) ) SONA MEDSPA PHYSICIANS GROUP, ) PLLC, f/k/a SONA MEDSPA NORTH ) CAROLINA, PLLC, VIVA LIFE, LLC, SONA ) MEDSPA INTERNATIONAL, INC., and ) DERMATOLOGY AND MEDSPA, INC., ) ) **Defendants.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Discovery Deadline And Amend Pre-Trial Order And Case Management Plan" (Document No. 20) filed August 3, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Discovery Deadline And Amend Pre-Trial Order And Case Management Plan" (Document No. 20) is **GRANTED with modification**. The scheduling order deadlines are revised as follows: Plaintiff's Expert Reports – **October 7, 2022**; Defendants' Expert Reports – **October 28, 2022** ; completion of discovery – **November 18, 2022**; mediation – **November 18, 2022**; dispositive motions – **December 21, 2022**; and trial term – **May 15, 2023**.

**SO ORDERED**.

Signed: August 3, 2022

David C. Keesler
United States Magistrate Judge