# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:21-CV-143-KDB-DCK

| | |
|---|---|
| **VITALITY ANTI-AGING CENTER AND MED SPA, PLLC,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **SONA MEDSPA PHYSICIANS GROUP, PLLC, f/k/a SONA MEDSPA NORTH CAROLINA, PLLC, et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Matthew Jacob Ladenheim, filed a "Certification Of Mediation Session" (Document No. 22) notifying the Court that the parties reached a settlement on September 14, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 21, 2022**.

**SO ORDERED**.

Signed: September 23, 2022

David C. Keesler
United States Magistrate Judge