# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00143-KDB-DCK

| | |
|---|---|
| **VITALITY ANTI-AGING CENTER AND MED SPA, PLLC,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **SONA MEDSPA PHYSICIANS GROUP, PLLC** <br> **SONA MEDSPA INTERNATIONAL, INC.** <br> **VIVA LIFE, LLC** <br> **DERMATOLOGY AND MEDSPA, INC.,** <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** pursuant to the consent motion for permanent injunction by Plaintiff Vitality Anti-Aging Center and Med Spa, PLLC ("Vitality"). In order to resolve this matter and pursuant to the settlement agreement executed by Vitality and Defendants Sona Medspa Physician Group, PLLC (f/k/a Sona Medspa North Carolina, PLLC), Viva Life, LLC, Sona Medspa International, Inc. and Dermatology and Medspa, Inc. (collectively, the "Sona Parties"), Vitality and the Sona Parties have agreed to stipulate to this injunction, which concerns the use of the phrase "Where Health & Beauty Meet" (the "Mark"), including registration No. 3378657 with the United States Patent and Trademark Office.

**IT IS THEREFORE STIPULATED AND ORDERED**:

1. The Sona Parties are hereby permanently enjoined from all use of the Mark, including without limitation in electronic media, on advertisements, brochures, internet, social media, blogs, business cards, advertising, solicitations, recruiting materials, articles, or any media

or form in or relating to selling goods and providing services relating to aesthetics, medical services, dermatology, dermatologic laser removal of hair or skin features, cosmetic surgery services, medical spa services, pharmaceutical injections, wellness care, preventative medicine, weight control, skin care, massage, spa services and skin care products and infusions.

2. This injunction is subject to the provisions contained in the settlement agreement between Vitality and the Sona Parties.

Signed: October 11,

Kenneth D. Bell
United States District Judge